IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES SHEPPARD,

        Plaintiff,

  v.

OFFICER SCHULTZ *et al.*,

        Defendants.

ORDER

14-cv-797-slc

---

CHARLES SHEPPARD,

        Plaintiff,

  v.

BLOYER, *et al.*,

        Defendants.

ORDER

14-cv-863-slc

---

Plaintiff Charles Sheppard filed these civil actions under 42 U.S.C. § 1983, alleging Officer Tarah Schultz, Judy Schaefer, Dr. Paul Sumnicht and Belinda Schrubbe violated his rights under the Eighth Amendment and state law by denying him his prescription seizure medication and causing him to suffer severe seizures and injury in Case No. 14-cv-797-slc, and alleging prison staff ignored his threats of self-harm in Case No. 14-cv-863-slc. At plaintiff's request, the court has recruited counsel Edna Kersting and Alexis Pool of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker for the limited purpose of assisting plaintiff with mediation. ("The court may request an attorney to represent any person unable to afford counsel."); *Pruitt v. Mote*, 503 F.3d 647, 653-54 (7th Cir. 2007) (en banc) (noting that § 1915(e)(1) confers, at most, discretion "to recruit a lawyer to represent an indigent civil litigant *pro bono publico*").

Accordingly, the court will enter their appearance as plaintiff's *pro bono* counsel for the record.

Entered this 24th day of July, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
MagistrateJudge